H. Ann Liroff (SB#113180)
Peter W. Daniel (SB #179107)
**HANNIG LAW FIRM LLP**
2991 El Camino Real
Redwood City, CA 94061
Telephone:  (650) 482-3040
Facsimile:   (650) 482-2820

Attorneys for Defendant
R2 TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

[SAN JOSE DIVISION]

*E-FILED- 10/13/05*

| | |
|---|---|
| SOFIA RUBINSHTEYN,<br><br>                    Plaintiff,<br><br>v.<br><br>R2 TECHNOLOGY INC., a California corporation, and DOES 1 to 10, inclusive,<br><br>                    Defendants. | Case No.:  C 4-4566 RMW<br><br>STIPULATION AND ORDER CONTINUING DEADLINE FOR NON-EXPERT DEPOSITIONS |

The parties hereby submit this Stipulation to continue the deadline for taking non-expert depositions in this matter.

WHEREAS, the current non-expert discovery cutoff in this case is October 31, 2005;

WHEREAS, the parties have exchanged full sets of written discovery in a timely manner; and

WHEREAS, the parties agree to a brief extension of time to complete non-expert depositions only,

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

{R2TE:1435:PWD:H0021800.DOC.1}STIPULATION CONTINUING DEADLINE FOR NON-EXPERT DEPOSITIONS
Rubinshteyn v. R2 Technology, Inc., et al.
Case No. C 04-04566 RMW

THEREFORE, the parties jointly request to extend the deadline for non-expert depositions only from October 31, 2005 to Wednesday, November 30, 2005.

Dated:  October 6 , 2005         DAN BERKO

                                 By:  /s/
                                 Dan Berko
                                 Attorney for Plaintiff
                                 Sofya Rubinshteyn

Dated:  October 6 , 2005         HANNIG LAW FIRM LLP

                                 By:  /s/
                                 H. Ann Liroff
                                 Attorneys for Defendant
                                 R2Technology, Inc.

## ORDER

The deadline to complete non-expert depositions only shall be moved from October 31, 2005 to Wednesday, November 30, 2005.

Dated: 10/13/05                  /S/ RONALD M. WHYTE
                                 UNITED STATES DISTRICT JUDGE

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

{R2TE:1435:PWD:H0021800.DOC.1}STIPULATION CONTINUING DEADLINE FOR NON-EXPERT DEPOSITIONS
Rubinshteyn v. R2 Technology, Inc., et al.
Case No. C 04-04566 RMW

- 2 -