1  H. Ann Liroff (SB#113180)
   Peter W. Daniel (SB #179107)
2  **HANNIG LAW FIRM LLP**
   2991 El Camino Real
3  Redwood City, CA 94061
   Telephone:  (650) 482-3040
4  Facsimile:   (650) 482-2820

5  Attorneys for Defendant
   R2 TECHNOLOGY, INC.

6                       UNITED STATES DISTRICT COURT

7                      NORTHERN DISTRICT OF CALIFORNIA

8                            [SAN JOSE DIVISION]     *E-FIELD - 11/16/05*

| | |
|---|---|
| SOFIA RUBINSHTEYN,<br><br>             Plaintiff,<br><br>v.<br><br>R2 TECHNOLOGY INC., a California corporation, and DOES 1 to 10, inclusive,<br><br>             Defendants. | Case No.:  C 4-4566 RMW<br><br>STIPULATION AND ORDER CONTINUING DATE OF HEARING ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT TO JANUARY 6, 2005, AND SUSPENDING DISCOVERY, BECAUSE OF SETTLEMENT OF CASE.<br><br>Date:  December 2, 2005<br>Time:  9:00 a.m.<br>Hon. Ronald M. Whyte<br>Dept:  Courtroom 6, 4th Floor<br><br>TRIAL DATE: MARCH 27, 2006 |

The parties hereby submit this Stipulation to continue the hearing date and suspending discovery in this matter.

WHEREAS, the parties have an agreement to settle this matter and are in the process of preparing and circulating a Settlement Agreement and Mutual Release;

WHEREAS, there is currently a hearing date on calendar on December 2, 2005 for defendant's partial motion for summary judgment;

WHEREAS, both parties have written discovery responses due on or before the discovery cutoff of October 31, 2005,

{R2TE:1435:PWD:H0022573.DOC.1}
STIPULATION CONTINUING HEARING DATE AND SUSPENDING DISCOVERY
Rubinshteyn v. R2 Technology, Inc., et al.
Case No. C 04-04566 RMW

WHEREAS, the parties do not wish to expend client resources on the motion or on discovery in light of the settlement, but wish to keep the motion on calendar for the time being, and

WHEREAS, the parties expect that the Settlement Agreement and Mutual Release will be completed shortly and the Motion for Summary Judgment will be taken off calendar when the case is dismissed.

THEREFORE, the parties jointly request:

1. To continue the date of the hearing on Defendant's Motion for Partial Summary Judgment from December 2, 2005 to Friday to January 6, 2006 at 9:00 am., and

2. To suspend discovery in the matter.

Dated: __October_____, 2005          DAN BERKO

By: ____/s/_____
Dan Berko
Attorney for Plaintiff
Sofya Rubinshteyn

Dated: __October_____, 2005          HANNIG LAW FIRM LLP

By: _____/s/_____
H. Ann Liroff
Attorneys for Defendant
R2Technology, Inc.

**ORDER**

1. The date of the hearing on Defendant's Motion for Partial Summary Judgment shall be continued from December 2, 2005 to Friday to January 6, 2006 at 9:00 am., and

{R2TE:1435:PWD:H0022573.DOC.1}
STIPULATION CONTINUING HEARING DATE AND SUSPENDING DISCOVERY
Rubinshteyn v. R2 Technology, Inc., et al.
Case No. C 04-04566 RMW

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

2. Discovery shall be suspended in this matter.

Dated: 11/16/05          /S/ RONALD M. WHYTE
                         UNITED STATES DISTRICT /
                         JUDGE

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

{R2TE:1435:PWD:H0022573.DOC.1}
STIPULATION CONTINUING HEARING DATE AND SUSPENDING DISCOVERY
Rubinshteyn v. R2 Technology, Inc., et al.
Case No. C 04-04566 RMW

- 3 -