Dan Berko (SB 94912)
Law Offices of Dan Berko
819 Eddy Street
San Francisco California 94109
Telephone: (415) 771-6174

Attorney for Plaintiff
SOFIA RUBINSHETYN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

[SAN JOSE DIVISION]

*E-FILED - 12/21/05*

| | |
|---|---|
| SOFIA RUBINSHETYN,<br><br>                Plaintiff,<br><br>v.<br><br>R2 TECHNOLOGY INC., a California corporation, and DOES 1 to 10, inclusive,<br><br>                Defendants. | Case No.: C 04-4566 RMW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, SOFIA RUBINSHETYN, and Defendant, R2 TECHNOLOGY INC., hereby stipulate to the dismissal of this action with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 12, 2005                    DAN BERKO

                                            By: /s/_____
                                            Dan Berko
                                            Attorney for Plaintiff
                                            Sofya Rubinshteyn

Dated: December 12, 2005                    HANNIG LAW FIRM LLP

                                            By: /s/_____
                                            H. Ann Liroff
                                            Attorneys for Defendant
                                            R2Technology, Inc.

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

{R2TE:1435:PWD:H0021178.DOC.1} STIPULATION AND ORDER FOR DISMISSAL
Rubinshetyn v. R2 Technology, Inc., et al.
Case No. C 04-04566 RMW

O R D E R

IT IS ORDERED that the above-referenced action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 12/21/05

/S/ RONALD M. WHYTE
Hon. Ronald M. Whyte
United States District Court Judge

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

{R2TE:1435:PWD:H0021178.DOC.1} STIPULATION AND ORDER RE: DISMISSAL
Rubinshteyn v. R2 Technology, Inc., et al.
Case No. C 04-04566 RMW

- 2 -